UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CELADON GROUP, INC. SECURITIES LITIGATION | Case No. 17-cv-02828-JFK |

### SECOND JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO

Lead Plaintiffs Greater Pennsylvania Carpenters' Pension Fund and Arkansas Teacher Retirement System (together "Lead Plaintiffs") and Defendants Celadon Group, Inc. ("Celadon"), Bobby L. Peavler and Paul A. Will (together "Defendants" and with Lead Plaintiffs, the "Parties") hereby stipulate and agree as follows:

**WHEREAS,** the Court initially entered a briefing schedule on August 30, 2017 setting the deadline for Lead Plaintiffs to file their Amended Class Action Complaint for October 26, 2017.

**WHEREAS,** on October 2, 2017, Celadon issued a press release announcing that it "does not expect to issue audited financial statements or report financial results in compliance with generally accepted accounting principles for fiscal 2016, or any subsequent period, before December 31, 2017."

**WHEREAS,** counsel for the Parties then met and conferred and agreed that in the interests of judicial economy, conservation of time and resources, and orderly management of this action, an order should be entered adjourning the filing of an Amended Class Action



Complaint by Lead Plaintiffs and Defendants' response thereto until such time as Celadon issues audited financial statements.

**WHEREAS**, on October 18, 2017, the Parties jointly filed – and the Court entered – a stipulation and order, pursuant to which the filing of Lead Plaintiffs' Amended Class Action Complaint and Defendants' response thereto was adjourned until after Celadon issued its audited financial results (ECF No. 43, the "First Adjournment Stipulation and Order").

**WHEREAS**, the First Adjournment Stipulation and Order provides that should Celadon not issue audited financials before February 15, 2018, the Parties shall meet and confer and provide the Court with a status update on whether the parties continue to agree that adjourning the filing of the Amended Class Action Complaint promotes the interests of judicial economy, conservation of time and resources, and orderly management of this action.

**WHEREAS**, Celadon has not yet issued its audited financial results.

**WHEREAS**, the Parties have met and conferred and continue to agree that adjournment of the filing of the Amended Class Action Complaint promotes the interests of judicial economy, conservation of time and resources, and orderly management of this action;

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the undersigned parties, and subject to the Court's approval, as follows:

| Event | [Proposed] Date |
|---|---|
| Amended Class Action Complaint | 45 days after issuance of audited financials by Celadon |
| Defendants will answer, move, or otherwise respond to the Complaint | 45 days after filing of Amended Class Action Complaint |
| Lead Plaintiffs will oppose Defendants' Motion to Dismiss | 45 days after Defendants' answer, motion to dismiss, or other response |
| Defendants will file their reply in support of their Motion to Dismiss | 30 days after Lead Plaintiffs' opposition to Defendants' Motion to Dismiss |

The Parties further agree that, should Celadon not issue audited financials before June 29, 2018, the Parties shall meet and confer and provide the Court with a status update on whether the parties continue to agree that adjourning the filing of the Amended Class Action Complaint promotes the interests of judicial economy, conservation of time and resources, and orderly management of this action.

This Stipulation may be signed in any number of counterparts. Each counterpart will be considered an original. Together, all counterparts form one single document.

Dated: February 15, 2018

**LABATON SUCHAROW LLP**

By: *[signature]*
Jonathan Gardner
Carol C. Villegas
Alec T. Coquin
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jgardner@labaton.com
cvillegas@labaton.com
acoquin@labaton.com

*Counsel for Lead Plaintiffs and the Class*

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: *[signature]*
Jeff G. Hammel
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1260
jeff.hammel@lw.com

Joshua G. Hamilton
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Telephone: (424) 653-5500
joshua.hamilton@lw.com

*Counsel for Defendants Bobby L. Peavler and Paul A. Will*

**GOODWIN PROCTER LLP**

By: *[signature]*
Mark Holland
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
mholland@goodwinlaw.com

Lloyd Winawer
Nicole L. Chessari
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: (650) 752-3100
Facsimile: (650) 853-1038
lwinawer@goodwinlaw.com
nchessari@goodwinlaw.com

*Counsel for Celadon Group, Inc*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 16, 2018

*/s/ John F. Keenan*
HON. JOHN F. KEENAN
United States District Court Judge